**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHRYSLER GROUP LLC,

        Plaintiff,

v.                                                                          Case No. 13-14749

HARVEY INDUSTRIES, LLC,

        Defendant.

_____/

CALLIDUS CAPITAL CORP.,

        Plaintiff,

v.                                                                          Case No. 14-10484

CHRYSLER GROUP LLC,

        Defendant.

_____/

**ORDER CONSOLIDATING CASES FOR DISCOVERY PURPOSES
AND SETTING TELEPHONE CONFERENCE**

On March 27, 2014, the court conducted a joint status conference in the above-captioned cases.  During the conference, the court determined that, in the interests of judicial economy, these two cases should be consolidated for discovery purposes.   The court will determine at a later date whether the cases should also be consolidated for trial purposes.  Accordingly,

IT IS ORDERED that the "Motion to Consolidate" [Dkt. # 12, 13-14749] is GRANTED IN PART and these two cases are CONSOLIDATED for discovery purposes only.

IT IS FURTHER ORDERED that the court shall conduct a telephone conference

on **August 21, 2014, at 10:00 a.m.** to discuss the status of the cases.  Specifically, the

court intends to discuss the likelihood, and timing, of dispositive motions.  The parties

are INSTRUCTED not to file any dispositive motions prior to the telephone conference

without prior approval, or further order, of the court.


        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  April 9, 2014


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, April 9, 2014, by electronic and/or ordinary mail.


        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522


S:\Cleland\JUDGE'S DESK\C3 ORDERS\13-14749.CHRYSLER.ConsolidateDiscovery.wpd